UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Cook, | Civil 06-865 PAM/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 12, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment [#6] is DENIED; and

2. Defendant's motion for summary judgment [#9] is GRANTED.

DATED: _March 8, 2007.              s/ Paul A. Magnuson
at St. Paul, Minnesota               JUDGE PAUL A. MAGNUSON
                                     United States District Court